UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

IN RE:                              )
                                    )
LILLIE P. GREEN                     )
                                    )
                                    )    Case No. 10-35391-KLP
                                    )
         Debtor                     )

**<u>SUPPLEMENTAL SCHEDULE OF DEBTS
ARISING AFTER FILING OF PETITION AND
PRIOR TO CONVERSION TO CHAPTER 7</u>**

      Pursuant to Federal Rule of Bankruptcy Procedure 1019(5), the following debts arose subsequent to the filing date of the petition in this matter, and prior to the date on which this case was converted to a case under Chapter 7:

| Creditor | Basis of Debt | Amount | Date Incurred |
|---|---|---|---|
| City of Richmond<br>Dept. of Public Utilities<br>PO Box 26060<br>Richmond, VA  23274 | Utilities | $3,128.56 | 12/1/2011 |
| Alliance One<br>16847 Woodlands Drive<br>Suite 15<br>Maumee, OH  43537 | Additional Notice | | |
| Bon Secours Richmond Health<br>PO Box 28538<br>Henrico, VA  23228 | Medical Services | $90.00 | Various |
| Spinella, Owings & Shaia<br>8550 Mayland Drive<br>Richmond, VA  23294 | Additional Notice | | |
| St. Francis Hospital<br>PO Box 28530<br>Richmond, VA  23220 | Additional Notice | | |
| City of Richmond<br>Dept of Public Utilities<br>PO Box 26060<br>Richmond, VA  23274 | Utilities | $72.69 | 2014 |
| Virginia Physicians for Women<br>PO Box 6829<br>Richmond, VA  23230 | Medical Services | $75.00 | 2013 |

                                        LILLIE P. GREEN
                                        Debtor/s by:

Date:   July 24, 2014                            /s/ Keith A. Pagano, Esquire
                                                      Keith A. Pagano, Esquire
                                                        Pagano & Marks, P.C.
                                                        4510 S. Laburnum Ave
                                                        Richmond, VA 23231
                                                        (804) 447-1002